# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROLAND LEROY REESE-BEY,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUERRERO et al.,<br><br>Defendants. | Case No. CV 15-03833-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court has engaged in a de novo review where objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.
2. Defendants' motion for summary judgment is GRANTED.
3. Judgment shall be entered dismissing this case with prejudice.

Date: December 20, 2019

JOHN A. KRONSTADT
United States District Judge