# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROLAND LEROY REESE-BEY,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUERRERO et al.,<br><br>Defendants. | No. CV 15-03833-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: December 20, 2019

_____
JOHN A. KRONSTADT
United States District Judge